**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 469 MAL 2020

            Respondent            :

                            :   Petition for Allowance of Appeal
                            :   from the Order of the Superior Court

            v.                    :

                            :

CARLOS M. HARDY,                :

                            :

            Petitioner           :


## ORDER


**PER CURIAM**

     **AND NOW**, this 11th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.